FREDERICK POTTER et al., as Trustees of a Trust Created by the Heirs of ORLANDO B. POTTER, Deceased, Respondents, *v.* THE PARK COMPANY, Appellant.

*Potter* v. *Park Company,* 155 App. Div. 934, affirmed.
(Argued April 27, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1913, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action in equity to restrain the defendant from increasing further the height of its building because by so doing it would throw excessive, unlawful and unsafe loads upon the party wall and upon the soil thereunder, would rupture and crack the foundation of the wall and the wall itself in violation of the plaintiffs' lawful rights of use in said wall.

*Arthur H. Masten* for appellant.

*John Larkin* and *A. S. Andrews* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.